UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE EUGENE REINCKE,

    Petitioner,                                 Case No. 4:05-CV-110

v.                                                 Hon. Richard Alan Enslen

BLAINE C. LAFLER,

    Respondent.
_____/

# FINAL ORDER
# APPROVING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed on March 13, 2008 by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 13, 2008 (Dkt. No. 24), is **APPROVED** and **ADOPTED** as the opinion of the Court.

       **IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED** for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that a certificate of appealability is denied as to <u>each</u> issue raised by Petitioner.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
April 9, 2008                                       Richard Alan Enslen
                                                Senior United States District Judge